June 17th, 2015

Keith Peteet 1944708
c/o: Robertson Unit
12071 F.M. 3522
Abilene, Tx 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 23 2015

Abel Acosta, Clerk

Court of Appeals
Abel Acosta - Clerk
Supreme Court Bldg.
201 W. 14th St - Room 106
Austin, Texas 78711-2308

RE: Cause numbers of appeal 05-14-01198-CR
                              05-14-01199-CR

Dear Sir;

      I am writing you this letter in
hopes of getting so help and relief.
I am in need of obtaining copies
of all court records and transcripts
regarding cause numbers - Trial Court Case
Nos. F-1300371-L + F-1300372-L.
to which I am filing a Petition
for Discretionary Review - Pro-Se.

I need this paperwork in order to completely file said P.D.R., pro-se. your help and assistance will be greatly appreciated.

Respectfully Submitted
Keith Prefect #944208
pro-se.
July 17th, 2015